UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number: 10-15181 JHW

Debtor: James J. & Mary L. McMenamin

| Check Number | Creditor | Amount |
|---|---|---|
| 1840512 | Bank of America, N.A. | 1527.77 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 11, 2014